**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7258**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

       v.

DIIJON TIMMONS,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.    Norman K. Moon, Senior District Judge.   (3:04-cr-00092-NKM-7; 3:08-cv-80066-NKM)

Submitted:  September 17, 2012       Decided:  September 26, 2012

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Diijon Timmons, Appellant Pro Se. Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diijon Timmons seeks to appeal the district court's order denying relief on his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2011). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 13, 2011. The notice of appeal was filed on August 17, 2011, when it was delivered to prison officials for mailing. Because Timmons failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2